RECEIVED
SEP 2 1 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PAUL FERRARI | CIVIL ACTION NO. 08-0719 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL J. ASTRUE, COMMISSIONER OF SSA | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. After consideration of the Report and Recommendation, and after consideration of the Objections filed by the claimant, and for the reasons set forth in both the Report and Recommendation and the Memorandum Ruling and Order issued by this Court,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision in this social security matter, denying benefits, is AFFIRMED, and the case is DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 21st day of September, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE